UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SNAP! MOBILE, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL CROGHAN, <br><br> Defendant. | Case No. 18-CV-04686-LHK <br><br> **ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a case management statement 7 days in advance of the case management conference set for March 27, 2019, at 2:00 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file a joint case management statement by Friday, March 22, 2019, at 12:00 p.m. The statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED.**

Dated: March 21, 2019

*Lucy H. Koh*
LUCY H. KOH
United States District Judge