Alan Heimlich (SBN 213390)
HEIMLICH LAW, PC
5595 Winfield Blvd., Suite 110
San Jose, CA 95123
Tel: (408) 253-3860
Fax: (408) 257-9912
Email: alanheimlich@heimlichlaw.com

Lawrence R. Cock, *pro hac vice*
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
Tel: (206) 812-0836
Fax: (206) 625-0900
Email: lrc@corrcronin.com

Attorneys for Plaintiff and Counter-Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SNAP! MOBILE, INC., a Delaware corporation,<br><br>                    Plaintiff,<br>v.<br><br>PAUL CROGHAN, an individual,<br><br>                    Defendant. | Case No.: 5:18-cv-04686-LHK<br><br>Stipulation for Dismissal of the Lawsuit<br><br>[~~Proposed~~] Order for Dismissal of the Lawsuit<br><br>Judge:  Honorable Lucy H. Koh |
| PAUL CROGHAN, an individual,<br><br>                    Counter-Claimant,<br>v.<br><br>SNAP! MOBILE, INC., a Delaware corporation,<br><br>                    Counter-Defendant | |

Stipulation and ~~Proposed~~ Order for Dismissal - 1
[5:18-cv-04686-LHK]

CORR CRONIN LLP
1001 FOURTH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 625-8600

## I. STIPULATION

Plaintiff and Counter-Defendant Snap! Mobile, Inc., by and through its attorneys of record, and Defendant Paul Croghan, by and through his attorneys of record, hereby stipulate to a dismissal, with prejudice and without award of fees or costs to any party, of all claims and counterclaims in this proceeding. Fed. R. Civ. P. 41(a)(1)(A)(ii).

STIPULATED AND AGREED to this 14th day of August, 2019.

| | |
|---|---|
| *s/ Alan Heimlich* <br> Alan Heimlich (SBN 213390) <br> Attorney for Plaintiff <br> HEIMLICH LAW. P.C. <br> 5595 Winfield Blvd., Suite 110 <br> San Jose, CA 95123 <br><br> *s/ Lawrence R. Cock* <br> Lawrence R. Cock, *pro hac vice* <br> Jack M. Lovejoy, *pro hac vice* <br> Thomas J. Bone, *pro hac vice* <br> Attorney for Plaintiff <br> CORR CRONIN LLP <br> 1001 Fourth Avenue, Suite 3900 <br> Seattle, WA 98154 <br><br> Attorneys for Plaintiff and Counter-Defendant | *s/ Shawn Ogle* <br> Amber S. Healy (SBN 232730) <br> Scott K. Dauscher (SBN 204105) <br> April L. Szabo (SBN 261576) <br> Brian M. Wheeler (SBN 266661) <br> Shawn M. Ogle (SBN 266259) <br> Joseph K. Lee (SBN 289258) <br> ATKINSON ANDELSON LOYA RUUD & ROMO <br> A Professional Law Corporation <br> 12800 Center Court Drive, Suite 300 <br> Cerritos, CA 90703 <br><br> Attorneys for Defendant and Counter-Claimant |

Stipulation and ~~Proposed~~ Order for Dismissal - 2
[5:18-cv-04686-LHK]

CORR CRONIN LLP
1001 FOURTH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 625-8600

**II.   ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

All claims and counterclaims are hereby DISMISSED WITH PREJUDICE, and without an award of fees or costs to either party.  The Clerk shall close the file.

DATED this  15th  day of  August , 2019

_____
Honorable Lucy H. Koh
District Court Judge

Stipulation and ~~Proposed~~ Order for Dismissal - 3
[5:18-cv-04686-LHK]

CORR CRONIN LLP
1001 FOURTH AVENUE, SUITE 3900
SEATTLE, WASHINGTON 98154
(206) 625-8600